# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ Division

In re  Kap Hyon Kim

Case No.  10-17186-SSM

Debtor(s)                    Chapter  13

# ORDER OF DISMISSAL
## FOR FAILURE TO TIMELY FILE LISTS, SCHEDULES AND STATEMENTS
## AND FOR FAILURE TO FILE AND DISTRIBUTE CHAPTER 13 PLAN

The above debtor(s) having failed to timely file required lists, schedules and statements within the time period as set forth in Local Bankruptcy Rule 1007-1 and having failed to timely file a Chapter 13 plan in the form approved by the Court for use in the Eastern District of Virginia, which includes the debtor's proof of service evidencing distribution of the plan, within the time periods as set forth in Local Bankruptcy Rule 3015-2; it is, therefore

**ORDERED**, pursuant to Local Bankruptcy Rules 1007-1 and 3015-2, that the above case be dismissed; and it is further

*[If appropriate]*     **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of  $ _____0.00_____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date:  September 13, 2010            By  /s/ Elizabeth W. Douglass
                                                                Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

September 13, 2010

[odis13sp ver. 12/09]

# CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: douglasse            Page 1 of 1              Date Rcvd: Sep 13, 2010
Case: 10-17186                Form ID: pdforder          Total Noticed: 7
```

The following entities were noticed by first class mail on Sep 15, 2010.
```
db          +Kap Hyon Kim,    5642 Sutherland Ct,    Burke, VA 22015-1849
smg         +UST smg Alexandria,    Office of the U. S. Trustee,    115 South Union Street, Suite 210,
              Alexandria, VA 22314-3361
9913414     +Chase Home Finance,    3415 Vision Dr,    Columbus OH 43219-6009
9913415     +Rees Broome and Diaz PC,    8133 Leesburg Pike,    Vienna VA 22182-2702
9913416     +Samuel I. White P.C.,    5040 Corporate Woods Dr #120,    Virginia Beach VA 23462-4377
9913417     +US Bank Home Mortgage,    4801 Frederica Ct,    Owensboro KY 42301-7441
9913418    ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court:  Wachovia Bank,    PO Box 3117,    Winston Salem NC 27102)
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2010**                       **Signature:**   _Joseph Speetjens_